IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CR3063 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL PEREZ-BARRIOS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion to proceed in forma pauperis (filing no. 49) is granted.

DATED this 20th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge